

PLAINTIFF'S EXHIBIT 2-A

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Account Statement

Prepared for Lester Causey

Re: Kelly's Collision FLSA Litig.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $8,778.95 |
| New Balance | $8,778.95 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $8,778.95 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Lester Causey
7462 Titlelist Drive
Salisbury, MD 21801

Invoice Date: March 08, 2019
Invoice Number: Pre-bill
Invoice Amount: $8,778.95

## Matter: Kelly's Collision FLSA Litig.

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/5/2018 | draft and revise letter of representation to client | G.H. | .30 | $61.50 |
| 9/5/2018 | Tele conf. with client re status of matter and wage/hour claims. (.9 hrs). Draft letter of representation; review and revise. Forward same. (GRATIS). | H.B.H. | .90 | $360.00 |
| 9/10/2018 | Confer. w/ HBH and GH re case status and assignment of duties. | J.L. | .10 | $20.50 |
| 9/10/2018 | conf with HBH and JL regarding case status and assignments | G.H. | .10 | $20.50 |
| 9/28/2018 | Conf. with HBH regarding status and assignments. | G.H. | .10 | $20.50 |
| 10/2/2018 | Conf. with HBH regarding case status and assignments. | G.H. | .20 | $41.00 |
| 10/2/2018 | Review client file, call with client regarding employment experiences. | G.H. | .40 | $82.00 |
| 10/2/2018 | Confer with GH re Lester Causey lawsuit; forward comm re same. | H.B.H. | .20 | $80.00 |
| 10/3/2018 | Call with client to schedule interview. | G.H. | .10 | $20.50 |
| 10/3/2018 | Review client file, call with client regarding employment experiences. | G.H. | .40 | $82.00 |
| 10/4/2018 | Call with client Lester Causey regarding employment at Kelly's Collision. | G.H. | .30 | $61.50 |
| 10/4/2018 | Review client file, draft complaint. | G.H. | 2.70 | $553.50 |
| 10/5/2018 | Call with client Lester Causey regarding pay stubs. | G.H. | .10 | $20.50 |
| 10/9/2018 | Call with client Causey regarding pay stubs. | G.H. | .10 | $20.50 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/23/2018 | Review client file, review and revise complaint. | G.H. | .80 | $164.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/24/2018 | Review and revise complaint. | G.H. | .40 | $82.00 |
| 11/1/2018 | Draft Civil Cover Sheet and Summons. | G.H. | .30 | $61.50 |
| 11/1/2018 | Review and revise complaint. | G.H. | .40 | $82.00 |
| 11/16/2018 | Prepare documents for filing of lawsuit. | G.H. | .30 | $61.50 |
| 11/16/2018 | Review and revise Complaint. Revise civil coversheet. Multi conf. with G. Herbers re same. Prepare and open case via ECF. | H.B.H. | 1.40 | $560.00 |
| 11/18/2018 | Draft comm to L. Causey re status of matter. | H.B.H. | .20 | No Charge |
| 11/19/2018 | Review order re mag. judge. pilot program. | J.L. | .10 | $20.50 |
| 11/25/2018 | File Magistrate Consent. | H.B.H. | .10 | $40.00 |
| 11/26/2018 | Review Pl. mot. consent to mag. judge. | J.L. | .10 | $20.50 |
| 1/15/2019 | Call with opposing counsel regarding settlement letter and request for extension to file answer (.1); Review letter from opposing counsel regarding Defendants' position toward litigation and possible settlement (.1); Draft email to opposing counsel regarding settlement letter and extension of time to file an answer (.1). | G.H. | .30 | $61.50 |
| 1/15/2019 | Review 3pg letter from counsel (J. Smithey) re response to wage/hour allegations. (.2 hrs). Draft lengthy comm to client re same. | H.B.H. | .40 | $160.00 |
| 1/15/2019 | Confer with G. Herbers; review comm from G. Herbers to J. Smithey. | H.B.H. | .10 | $40.00 |
| 1/16/2019 | Tele conf. with L. Causey re allegations in letter from employer's counsel. | H.B.H. | .40 | $160.00 |
| 1/19/2019 | Review and respond to comm from J. Smithey re status of matter and request for conference. | H.B.H. | .10 | $40.00 |
| 1/21/2019 | Review email comms between HBH and op con. | J.L. | .10 | $20.50 |
| 1/30/2019 | Review comm from L. Walker and confer with Assoc. Atty. Herbers re same. Review comm. from Herbers to Walker re consent. | H.B.H. | .10 | $40.00 |
| 2/1/2019 | Review comm from defense counsel attaching pro se request for extension. | H.B.H. | .10 | $40.00 |
| 2/4/2019 | Review MTE Answer and order granting. | J.L. | .10 | $20.50 |
| 2/5/2019 | Draft comm to opposing counsel seeking payroll records. | H.B.H. | .10 | $40.00 |
| 2/7/2019 | Review email from opposing counsel regarding settlement (.1); Review case file, calculate estimated of damages (1.2). | G.H. | 1.30 | $266.50 |
| 2/11/2019 | Brief review of hour documents produced by Defendants. | J.L. | .20 | $41.00 |
| 2/11/2019 | Review wage/hour records provided by opposing counsel, calculate client L. Causey's damages. | G.H. | 1.00 | $205.00 |
| 2/12/2019 | Review schedules with client; discuss facts. | H.B.H. | .20 | $80.00 |
| 2/12/2019 | Review case file, calculate client's damages based on defendants' hour records. | G.H. | 1.80 | $369.00 |
| 2/13/2019 | Conf. with HBH regarding case status and assignments (.2); Draft response and demand letter to opposing | G.H. | 2.60 | $533.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | counsel (2.1); Create and prepare exhibits to letter to opposing counsel (.3). | | | |
| 2/13/2019 | Review and respond to comm from L. Walker. | H.B.H. | .10 | $40.00 |
| 2/14/2019 | Review and draft email to opposing counsel re. extension to answer. | J.L. | .10 | $20.50 |
| 2/15/2019 | Review and revise letter motion re extension of time. | H.B.H. | .10 | $40.00 |
| 2/19/2019 | Review court order. | J.L. | .10 | $20.50 |
| 2/21/2019 | Review show cause order. | J.L. | .10 | $20.50 |
| 2/22/2019 | Review final letter to opposing counsel regarding settlement terms. | G.H. | .20 | $41.00 |
| 2/22/2019 | Review and revise letter to opposing counsel re wage/hour allegations, setting forth demand re same. (.8 hrs) Draft comm to opposing counsel attaching letter. (.1 hrs). | H.B.H. | .90 | $360.00 |
| 2/25/2019 | Phone call w/ opposing counsel re. counter-offer. | J.L. | .10 | $20.50 |
| 2/25/2019 | Review counter-offer email from HBH to opposing counsel. | J.L. | .10 | $20.50 |
| 2/25/2019 | Review correspondence between HBH and opposing counsel regarding settlement offers. | G.H. | .10 | $20.50 |
| 2/25/2019 | Draft comm to opposing counsel re settlement proposal. Review and revise. | H.B.H. | .40 | $160.00 |
| 2/25/2019 | Conf with L Walker re settlement status. | H.B.H. | .10 | $40.00 |
| 2/26/2019 | Phone call w/ opposing counsel. re. settlement counter-offer. | J.L. | .10 | $20.50 |
| 2/26/2019 | Tele conf with L. Walker re settlement issue. | H.B.H. | .10 | $40.00 |
| 2/27/2019 | Tele conf. with L. Causey re settlement discussions. (.2 hrs). Draft email to L. Walker re settlement. (.2 hrs). | H.B.H. | .40 | $160.00 |
| 2/27/2019 | Review email from HBH to opposing counsel regarding settlement negotiations. | G.H. | .10 | $20.50 |
| 2/28/2019 | Draft revised demand email to opposing counsel. | J.L. | .30 | $61.50 |
| 2/28/2019 | Phone calls w/ opposing counsel, communications with HBH re settlement of case. | J.L. | .20 | $41.00 |
| 2/28/2019 | Review and revise settlement email to opposing counsel. | G.H. | .10 | $20.50 |
| 2/28/2019 | Review answer. | J.L. | .30 | $61.50 |
| 2/28/2019 | Tele conf. with J. Liew re status of matter; including recent offer from Smithey. Confer re response. (.2 hrs). Multi comm with J. Smithey re settlement issues and terms. Multi tele conf. with client re same. (.5 hrs). | H.B.H. | .70 | $280.00 |
| 3/1/2019 | Conf with HBH regarding settlement terms and assignments for settlement agreement and motion to approve. | G.H. | .30 | $61.50 |
| 3/1/2019 | Confer with G. Herbers re terms of settlement and preparation of settlement agreement and joint motion. | H.B.H. | .20 | $80.00 |
| 3/1/2019 | Communicate with client re status of matter. | H.B.H. | .10 | $40.00 |
| 3/1/2019 | Review issuance of deficiency notice re Kelly's | H.B.H. | .10 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Collision. | | | |
| 3/1/2019 | Review Answer. | H.B.H. | .20 | $80.00 |
| 3/4/2019 | Draft Settlement Agreement (.8); Draft Joint Motion for Approval, and Proposed Order (1.2). | G.H. | 2.00 | $410.00 |
| 3/4/2019 | Review email and settlement agreement from HBH to opposing counsel. | J.L. | .20 | $41.00 |
| 3/4/2019 | Review and revise settlement agreement. Review and revise Jt. Motion for Approval. Review proposed order re Jt. Motion for Approval. (1.3 hrs). Draft comm. to opposing counsel re same. | H.B.H. | 1.40 | $560.00 |
| 3/6/2019 | Revise final settlement agreement. | G.H. | .10 | $20.50 |
| 3/6/2019 | Multi comm with client re status of matter. | H.B.H. | .20 | $80.00 |
| 3/7/2019 | Transmit settlement agreement to client. | H.B.H. | .10 | $40.00 |
| 3/7/2019 | Review and respond to comm from L. Walker re signatures on settlement agreement. | H.B.H. | .10 | $40.00 |
| 3/7/2019 | Sort and prepare pre-bill. | J.L. | .10 | $20.50 |
| 3/7/2019 | Prepare and draft affidavit for fee petition. | J.L. | .20 | $41.00 |
| 3/7/2019 | Draft Affidavit for Motion to Approve Settlement. | G.H. | .20 | $41.00 |
| 3/7/2019 | Review signed agreement from counsel, transmit response to counsel re status of motion for approval. | H.B.H. | .10 | $40.00 |
| 3/7/2019 | Draft Declaration. Review and revise. Review and revise Motion for Approval. | H.B.H. | .60 | $240.00 |
| 3/8/2019 | Prepare and file Joint Motion for Approval of FLSA Settlement Agreement. | J.L. | .60 | $123.00 |
| SUBTOTAL: | | | 30.60 | $8,182.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 11/16/2018 | Filing Fee | $400.00 |
| 12/28/2018 | Private Process (Evasion) | $190.00 |
| 3/8/2019 | Priority Tracking Postage - Causey (anticipated) | $6.95 |
| SUBTOTAL: | | $596.95 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---|
| 3/7/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $8,778.95

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $8,778.95